| *Attorney or Party without Attorney:* <br> MICHAEL COSENTINO ESQ, Bar #83253 <br> Law Offices Of: Michael Cosentino <br> P.O. Box 129 <br> Alameda, CA 94501 <br> *Telephone No:* 510-523-4702   *FAX No:* 510-747-1640 <br> CBLAYLOCK@COSENTINOLAW.COM <br> *Attorney for:* Plaintiff | | | | *For Court Use Only* |
|---|---|---|---|---|
| | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> UNITED STATES DISTRICT COURT - NORTHERN DISTRICT | | | | |
| *Plaintiff:* UNITED STATES OF AMERICA <br> *Defendant:* SUBODH K. BANERJEE aka SUBODH F. BANERJEE | | | | |
| **PROOF OF SERVICE** <br> **SUMMONS AND COMPLAIN** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> CV 11 4168 SLM |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; ECF REGISTRATOIN INFORMATION HANDOUT

3. a. Party served:        SUBODH K. BANERJEE aka SUBODH F. BANERJEE

4. Address where the party was served:    334 SPOSITO CIR. <br>    San Jose, CA 95136

5. I served the party:
   b. by **substituted service**. On: Tue., Sep. 20, 2011 at: 7:20PM by leaving the copies with or in the presence of: <br>    SUSHIL BANERJEE, BROTHER/CO-OCCUPANT, Middle Eastern, Male, 68 Years Old, Brown Hair, Brown Eyes, 5 Feet 4 Inches, 170 Pounds
   (2) **(Home)** Member Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*
   a. LOUIS MICHAEL GUTIERREZ

   903 Sneath Lane <br> Suite #227 <br> San Bruno, CA 94066 <br> Phone 650.794.1923 <br> FAX 650.989.4182

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $55.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) *Registration No.:*   1281
      (iii) *County:*   Santa Clara

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

   Date: Thu, Sep. 22, 2011

   (LOUIS MICHAEL GUTIERREZ)

   Judicial Council Form <br> Rule 2.150.(a)&(b) Rev January 1, 2007    PROOF OF SERVICE <br> SUMMONS AND COMPLAINT    micos.40021

| Attorney or Party without Attorney: MICHAEL COSENTINO ESQ, Bar #83253 Law Offices Of: Michael Cosentino P.O. Box 129 Alameda, CA 94501 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 510-523-4702  FAX No: 510-747-1640 CBLAYLOCK@COSENTINOLAW.COM  Ref. No or File No.: Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: UNITED STATES DISTRICT COURT - NORTHERN DISTRICT | | | | |
| Plaintiff: UNITED STATES OF AMERICA | | | | |
| Defendant: SUBODH K. BANERJEE aka SUBODH F. BANERJEE | | | | |
| **PROOF OF SERVICE By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: CV 11 4168 SLM |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS AND COMPLAINT; ECF REGISTRATOIN INFORMATION HANDOUT

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:        Wed., Sep. 21, 2011
   b. Place of Mailing:       San Bruno, CA 94066
   c. Addressed as follows:   SUBODH K. BANERJEE aka SUBODH F. BANERJEE
                              334 SPOSITO CIR.
                              San Jose, CA 95136

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Sep. 21, 2011 in the ordinary course of business.

5. *Person Serving:*                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TIFFANY JENSEN                                d. *The Fee for Service was:*  $55.00
   b. S&R Services                                  e. I am: (3) registered California process server
      903 Sneath Lane, Suite 227                       (i)   Independent Contractor
      San Bruno, CA 94066                              (ii)  Registration No.:      425
   c. (650) 794-1923, FAX (650) 989-4182               (iii) County:                San Mateo
                                                       (iv)  Expiration Date:       Tue, Nov. 29, 2011

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Thu, Sep. 22, 2011

Rule 2.150.(a)&(b) Rcv January 1, 2007  Judicial Council Form   PROOF OF SERVICE By Mail   (TIFFANY JENSEN)   micos.40021