MICHAEL COSENTINO, ESQ., State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

                v.

Subodh K. Banerjee aka Subodh F. Banerjee

                Defendant(s).

NO. CV11-4168 SLM

**MOTION TO ENTER DEFAULT AND MOTION TO ENTER DEFAULT JUDGMENT FOR FAILING TO PLEAD**

To:     Richard W. Wieking, Clerk
         United States District Court
         Northern District of California

        PLEASE ENTER THE DEFAULT of the defendant for failure to plead or otherwise defend.

DATED: October 26, 2011                 By: _____s/s_____
                                                              MICHAEL COSENTINO
                                                              Attorney for Plaintiff