1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America
5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA | NO. CV11-4168 SLM |
   |---|---|
12 | Plaintiff, | **DECLARATION IN SUPPORT OF MOTION TO ENTER DEFAULT AND IN SUPPORT OF MOTION TO ENTER DEFAULT JUDGMENT** |
13 | v. | |
14 | Subodh K. Banerjee aka Subodh F. Banerjee Defendant. | |
15

16       I, MICHAEL COSENTINO, declare:

17       1. I am the attorney for the plaintiff in the above-entitled action.

18       2. This declaration is made on behalf of plaintiff.

19       3. From the files and records and other information in this case, declarant is

20  informed and believes that the defendant's place of residence is at 334 Sposito Cir., San

21  Jose, CA 95136.

22       4. Defendant is not an infant or incompetent person and not in the military service of

23  the United States within the meaning of the Service Members Civil Relief Act [50 U.S.C.

24  Appx. §§ 501 *et. seq.*] (formerly the Soldiers' and Sailor's Civil Relief Act of 1940), or

25  otherwise entitled to the benefits of said Act.

26       5. The time for defendant to plead or otherwise defend has expired.

27       6. Subsequent to the date of the Certificate of Indebtedness, a copy of which is

28  attached hereto and made a part hereof as Exhibit A, $0.00 in payments have been made

1  to the account; there is now due and owing to the plaintiff from the defendant the sum of
2  $16,337.04 principal, plus $4,186.19 additional interest, $0.00 administrative costs, $55.00
3  court costs, and $5,391.22 as attorney fees.
4      WHEREFORE, declarant requests that the clerk enter the default of the defendant
5  and that judgment be entered on behalf of the plaintiff and against the defendant in the
6  sum of $25,969.45 plus post judgment interest at the legal rate per annum, pursuant to the
7  provisions of 28 USC Sec. 1961(a), which will be compounded annually pursuant to the
8  provisions of 28 USC Sec. 1961(b).
9      I certify under penalty of perjury that the foregoing is true and accurate to the best of
10 my knowledge, information and belief.

12 Dated: October 26, 2011            s/s
                                  MICHAEL COSENTINO
13                                   Attorney for the Plaintiff

28 DECLARATION IN SUPPORT OF MOTION TO ENTER DEFAULT BY CLERK AND IN SUPPORT OF MOTION TO ENTER DEFAULT JUDGMENT   2

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 1

Subodh K Banerjee
334 Sposito
San Jose, CA 95120-3318
Account No. XXXXX0803

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 07/21/10.

On or about 06/26/03, the borrower executed master promissory note(s) to secure loan(s) (hereafter "loan") from the U.S. Department of Education. This loan was disbursed for $16,717.00 on 09/26/06 - 03/23/07, at 7.9 percent interest per annum. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 04/24/09. Pursuant to 34 C.F.R. § 685.202(b), a total of $0.00 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $2,720.76 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $16,337.04 |
| Interest: | $2,552.57 |
| Total debt as of 07/21/10: | $18,889.61 |

Interest accrues on the principal shown here at the rate of $3.53 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 8/26/10

Loan Analyst
Litigation Support

Peter La Roche
Loan Analyst

EXHIBIT A

# CERTIFICATE OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the County of Alameda, I am over the age of eighteen and not a party to the herein action; my business address is P.O. Box 129, Alameda, California, 94501.  On  October 26, 2011, I served the attached

**DECLARATION IN SUPPORT OF MOTION TO ENTER DEFAULT AND IN SUPPORT OF MOTION TO ENTER DEFAULT JUDGMENT** and the

**MOTION TO ENTER DEFAULT AND MOTION TO ENTER DEFAULT JUDGMENT FOR FAILING TO PLEAD** and the

**[proposed] JUDGMENT ON DEFAULT**

on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully pre-paid, in the United States Post Office addressed as follows:

Subodh K. Banerjee aka Subodh F. Banerjee
334 Sposito Cir.
San Jose, CA 95136

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  October 26, 2011 at  Alameda, California.


                                         _____s/s_____
                                         MICHAEL COSENTINO