**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 2, 2011

RE: CV 11-04168 SLM    USA-v- SUBODH K BANERJEE

Default is entered as to defendant Subodh K. Banerjee aka Subodh F. Banerjee on 11/2/11.

RICHARD W. WIEKING, Clerk
by Gloria Acevedo
Case Systems Administrator

NDC TR-4  Rev. 3/89