EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):*<br>Recording requested by and return to:<br>MICHAEL COSENTINO SBN 83253<br>ATTORNEY AT LAW<br>P.O. BOX 129<br><br>ALAMEDA, CA 94501<br>510-523-4702 FAX 510-747-1640<br>[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF US DISTRICT CT<br>STREET ADDRESS: UNITED STATES DISTRICT COURT<br>MAILING ADDRESS: 450 GOLDEN GATE AVENUE<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102<br>BRANCH NAME: NORTHERN DISTRICT OF CALIFORNIA | FOR RECORDER'S USE ONLY |
| PLAINTIFF: UNITED STAES OF AMERICA<br><br>DEFENDANT: SUBODH K. BANERJEE aka SUBODH F. BANERJEE | CASE NUMBER:<br>CV11-4168 SLM |
| **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**  [ ] Amended | FOR COURT USE ONLY |

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
    a. Judgment debtor's
       Name and last known address
       
       SUBODH K. BANERJEE aka SUBODH F. BANERJEE
       334 SPOSITO CIRCLE
       SAN JOSE, CA 95136
    
    b. Driver's license no. [last 4 digits] and state:     [X] Unknown
    c. Social security no. [last 4 digits]: XXX-XX-0803     [ ] Unknown
    d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):* SUBODH K. BANERJEE aka SUBODH F. BANERJEE 334 SPOSITO CIRCLE, SAN JOSE, CA 95136

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   UNITED STATES OF AMERICA, C/O MICHAEL COSENTINO, PO BOX 129, ALAMEDA, CA 94501

Date: NOVEMBER 17, 2011
MICHAEL COSENTINO
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

▶ (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 25,969.45
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* NOVEMBER 2, 2011
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*
11-28-11

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $ 0.00
    b. In favor of *(name and address):*
    
    RICHARD W. WIEKING

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*
12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    
    Clerk, by _____, Deputy
    GLORIA ACEVEDO

| PLAINTIFF: UNITED STAES OF AMERICA | CASE NUMBER: |
|---|---|
| DEFENDANT: SUBODH K. BANERJEE aka SUBODH F. BANERJEE | CV11-4168 SLM |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.